IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JEFFREY STEWART,[1] | § | |
| | § | No. 55, 2022 |
| Respondent Below, | § | |
| Appellant, | § | |
| | § | Court Below–Family Court |
| v. | § | of the State of Delaware |
| | § | |
| MELISSA STEWART, | § | |
| | § | File No. CN20-01414 |
| Petitioner Below, | § | Petition No. 20-09149 |
| Appellee. | § | |

Submitted: March 22, 2022
Decided: April 1, 2022

## ORDER

It appears to the Court that, on March 9, 2022, the Chief Deputy Clerk issued a notice, sent by certified mail, directing the appellant, Jeffrey Stewart, to show cause why his appeal should not be dismissed for his failure to pay the Supreme Court filing fee or file a motion to proceed *in forma pauperis*. Stewart received the notice on March 11, 2022. A timely response to the notice to show cause was due on or before March 21, 2022. To date, Stewart has not paid the Supreme Court filing fee, filed a motion to proceed *in forma pauperis*, or responded to the notice to show cause. Dismissal of this action is therefore deemed to be unopposed.

---

[1] The parties were previously assigned pseudonyms under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court

Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Tamika R. Montgomery-Reeves*
Justice